# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Madeline Enochs,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Client Services, Inc.,<br><br>　　　　Defendant. | Case No. 3:09-cv-50102<br>Honorable Philip G. Reinhard<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　　　Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i),. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　Legal Helpers, P.C.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　　　　　　By: s/Timothy J. Sostrin
　　　　　　　　　　　　　　　　　　　　Timothy J. Sostrin
　　　　　　　　　　　　　　　　　　　　233 S. Wacker Drive, Suite 5150
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Tel: 1.866.339.1156
　　　　　　　　　　　　　　　　　　　　Fax: 312-822-1064
　　　　　　　　　　　　　　　　　　　　tjs@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2009, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail:

Client Services, Inc.
c/o Nabil G. Foster
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601

s/Timothy J. Sostrin