## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 50102 | **DATE** | 7/10/2009 |
| **CASE TITLE** | Enochs v. Client Services, Inc. | | |

**DOCKET ENTRY TEXT:**

Pursuant to notice of voluntary dismissal by plaintiff [10], this case is dismissed with prejudice.

*Philip G. Reinhard*

Electronic Notice.

| | Courtroom Deputy Initials: | JT |
|---|---|---|